Samess Estates, Inc., Respondent, v. Brooklyn Mortgage Guaranty and Title Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs, temporary stay vacated, and the motion for a further

stay dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.